1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   STESHA R. HODGES, ESQ. (SBN 234892)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8

9                    IN THE UNITED STATES DISTRICT COURT

10                    NORTHERN  DISTRICT OF CALIFORNIA

11 MICHAEL ADAMS, ERIC BALMY, JOHN      )   Case No.: C 05-03781 MEJ
   BARRIENTOS, ANDREW BROWN,            )
12 CAROL BURROUGHS, THEODORE            )   **STIPULATION AND [PROPOSED]**
   CHANG, STEVE CHRIST, DOMENICK        )   **ORDER RE EXTENDING TIME OF**
13 CLEMENTE, OWEN CUNNINGHAM,           )   **INITIAL CASE MANAGEMENT**
   SEAN DEXTER, RANDAL DICKEY,          )   **CONFERENCE AND CASE SCHEDULE**
14 LEWIS DOTY, JOE DUNLEAVY, STEVE      )   **L.R. 6-2**
   GORSKI, TRACY GURECKI, SCOTT         )
15 HANSEN, BETH HOPKINS, BRAIN          )
   ISAACSON, BRUCE JOWER, TAMARA        )
16 KEAGY, STEWART LEHMAN,               )
   GREGORY LEONARD, ANTHONY             )
17 MANGINI, GABRIEL MAURO, BRIAN        )
   McCOLGIN, JAMES McMURRAY,            )
18 BARRY MLAKER, SCOTT                  )
   MOORHOUSE, JOHN RABINOWITZ,          )
19 MITCHELL J. REBELLO, STEVE           )
   ROHWER, TERRY SCUDERO, JEFF          )
20 SLATER, BEN SMITH, MICHAEL           )
   SUGRUE, GREG THOMPSON, BRYAN         )
21 VEVERA, PAUL WELGE acting for        )
   themselves and others similarly situated, )
22                                      )
                   Plaintiffs,           )
23                                      )
   v.                                   )
24                                      )
                                        )
25 CITY OF WALNUT CREEK,                )
                                        )
26                 Defendant.            )
                                        )
27 _____)

28

---

Stipulation and [Proposed] Order Re                        *Adams, et al.* v. *City of Walnut Creek*
Extending Time                                                              C 05-03781 MEJ

1. IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their respective counsel, that the date of the initial case management conference as well as the case schedule set forth in the Order Setting Initial Case Management Conference shall be extended.

2. Plaintiffs are required to serve at least one defendant within 120 days of the filing of the complaint as required in the September 17, 2004 Order Setting Case Management Conference signed by United States Magistrate Judge Maria-Elena James as well as F.R.C.P, Rule 4(m). Plaintiffs filed the complaint on September 20, 2005 and have until January 18, 2006 to serve the complaint on at least one defendant.

3. The Order Setting Initial Case Management Conference requires Plaintiffs to file their Case Management Statement, Rule 26(f) Report on January 12, 2006. This date is prior to the date Plaintiffs are required to serve Defendant. The Summons in a Civil Case dated September 20, 2005, issued by Mary Ann Buckley, Deputy Clerk requires Defendant to answer the complaint within twenty (20) days of service. The Order Setting Initial Case Management Conference sets the Case Management Conference on January 19, 2006. This date is prior to the date Defendant is required to answer the complaint.

3. There have been no previous time modifications to this case.

4. Modification of the schedule will enable Plaintiffs to serve the complaint in the one hundred twenty (120) days time period allotted by this court and the Rule 4(m) of the Federal Rules of Civil Procedure to serve Defendant the complaint. Modification of the schedule will also give Defendant twenty (20) days to answer the complaint pursuant to the Summons.

5. The requested time modification will minimally effect the schedule of the case, postponing the dates of the Case Management Conference and the date the Initial Case Management Statement until after the Complaint has been served and the answer has been filed.

6. The parties therefore request that the Case Management Conference Statement be due sixty (60) days after the Defendant files the answer to the complaint.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

Dated: December 14, 2005

By:   /s/ David E. Mastagni
      DAVID E. MASTAGNI,
      Attorney for Plaintiffs

Dated: December 14, 2005

By:   /s/ Thomas Haas
      THOMAS HAAS,
      Attorney for Defendant

[~~PROPOSED~~] ORDER

~~The Stipulation and [Proposed] Order Extending Time of Initial Case Management Conference and Case Schedule Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.~~

Pursuant to the stipulation, the Court hereby reschedules the CMC to March 2, 2006, at 10:00 a.m.

Dated: December 15, 2005

HONORABLE MARIA-ELENA JAMES

*Judge Maria-Elena James — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA* (seal)

---

Stipulation and [~~Proposed~~] Order Re
Extending Time                               -3-                    *Adams, et al.* v. *City of Walnut Creek*
                                                                    C 05-03781 MEJ