1   Cynthia O'Neill, Bar No. 132334
    coneill@lcwlegal.com
2   Cassandra C. Seebaum, Bar No. 240760
    cseebaum@lcwlegal.com
3   LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
4   153 Townsend Street, Suite 520
    San Francisco, CA  94107
5

6   Telephone:   (415) 512-3000
    Facsimile:    (415) 856-0306
7

8   Attorneys for Defendant
    CITY OF WALNUT CREEK
9   (Exempt from filing fee pursuant to Gov. Code, §
    6103)

10                 UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADAMS, ERIC BALMY, JOHN BARRIENTOS, ANDREW BROWN, CAROL BURROUGHS, THEODORE CHANG, STEVE CHRIST, DOMENICK CLEMENTE, OWEN CUNNINGHAM, SEAN DEXTER, RANDAL DICKEY, LEWIS DOTY, JOE DUNLEAVY, STEVE GORSKI, TRACY GURECKI, SCOTT HANSEN, BETH HOPKINS, BRIAN ISAACSON, BRUCE JOWER, TAMARA KEAGY, STEWART LEHMAN, GREGORY LEONARD, ANTHONY MANGINI, GABRIEL MAURO, BRIAN McCOLGIN, JAMES McMURRAY, BARRY MLAKER, SCOTT MOORHOUSE, JOHN RABINOWITZ, MITCHELL J. REBELLO, STEVE ROHWER, TERRY SCUDERO, JEFF SLATER, BEN SMITH, MICHAEL SUGRUE, GREG THOMPSON, BRYAN VEVERA, PAUL WELGE acting for themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WALNUT CREEK, <br><br> Defendant. | Case No.  3:05-CV-03781-MEJ <br><br> **STIPULATION TO EXTEND DEADLINE FOR COURT SPONSORED MEDIATION; [REQUEST FOR ] ORDER REGARDING SAME** |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

## RECITALS

WHEREAS, the February 28, 2006 Case Management Order requires the parties to complete the ADR Program: court-sponsored mediation by May 31, 2006;

WHEREAS, all parties, and the mediator, agree that extending the deadline to complete the court ordered ADR Program: court-sponsored mediation would promote an early settlement of the claims through the informal settlement process that has already begun between the parties;

WHEREAS, the parties are endeavoring in good faith to settle this case in an effort to avoid further costs;

WHEREAS, the parties stipulate to continue the date to complete the ADR Program: court-sponsored mediation to July 31, 2006 for the purpose of allowing additional time to settle this case without the added cost of preparing for formal, court-sponsored mediation.

THEREFORE, the parties and their respective attorneys of record do stipulate, agree and request that the Court order that the date for completing the ADR Program: court-sponsored mediation in the February 28, 2006 Case Management Order be continued from May 31, 2006 to July 31, 2006.

Dated: May 15, 2006

Liebert Cassidy Whitmore

By:_____
Cynthia O'Neill
Cassandra C. Seebaum
Attorneys for Defendant
CITY OF WALNUT CREEK

Dated: May 15, 2006

Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer

By:_____
David E. Mastagni
Will M. Yamada
Attorneys for Plaintiffs

1

**ORDER**

2      Based on the foregoing stipulation and request for order, and good cause appearing, the

3   time for the parties to complete the ADR Program: court-sponsored mediation in the February 28,

4   2006 Case Management Order is continued from May 31, 2006 to July 31, 2006.

5

DATED:  May 16, 2006

6

7

8  

9

10

34969.1 WA431-003

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical-rl">LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107</div>

- 3 -                    3:05-CV-03781-MEJ

STIPULATION TO EXTEND DEADLINE FOR COURT SPONSORED MEDIATION; [REQUEST FOR ] ORDER REGARDING SAME

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action. My business address is 153 Townsend Street, Suite 520, San Francisco, California  94107.

On the date set forth below, I served the within:

**STIPULATION TO EXTEND DEADLINE FOR COURT SPONSORED MEDATION; [REQUEST FOR] ORDER REGARDING SAME**

on the following interested party(s) in this action:

> David Mastagni
> Mastagni, Holstedt, et al.
> 1912 I Street
> Sacramento, CA 95814
>
> Fax:   (916) 447-4614

☒   **VIA MAIL – CCP §1013(a):**
By placing a true copy thereof in a sealed envelope(s), addressed as above, with postage thereon fully prepaid, and placing it for collection and mailing on date set forth below, following ordinary business practices.  I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service; correspondence placed for collection and mailing is deposited with the United States Postal Service at San Francisco, California, that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and of my personal knowledge.

Executed at San Francisco, California on May 15, 2006.

Sabrina Pourmand

34983.1 WA431-003

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

- 1 -